**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Katherine M. Menendez |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:  19-cr-13 WMW/DTS |
| | ) | Date:  January 31, 2019 |
| Brett Palkowitsch, | ) | Courthouse:  Minneapolis |
| | ) | Courtroom:  8E |
| Defendant, | ) | Time Commenced:  2:24 pm./ 2:49 p.m. |
| | | Time Concluded:  2:26 pm./ 2:57 p.m. |
| | | Time in Court:  10 minutes |

APPEARANCES:

Plaintiff: Christopher Perras, Assistant U.S. Attorney
Defendant: Deborah Ellis and Kevin Short,
✖Retained

Date Charges Filed:   January 16, 2019      Offense:   Deprivation of rights under color of law

✖ Advised of Rights

on      ✖ Indictment

**Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.**

✖ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

s/Sarah Erickson
Signature of Courtroom Deputy