**UNITED STATE DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Case No. 19-CR-13 (WMW/DTS)**

UNITED STATES OF AMERICA,

      plaintiff,   **DEFENDANT'S MOTION IN LIMINE No. 2. SEEKING EXCLUSION OF NEWSPAPER ARTICLE**

v.

BRETT PALKOWITSCH,

      defendant.

_____

    Brett Palkowitsch by and through counsel, Deborah Ellis and Kevin Short, respectfully moves this Court for a pretrial order directing that the government be precluded from presenting evidence regarding a newspaper article posted in a police station locker room and upon which someone wrote, "RAT."  The newspaper article contains hearsay and is inadmissible under Rule 801, Federal Rules of Evidence.  The article and notation also cannot withstand Rule 403 analysis, i.e., any probative value of the evidence is outweighed by unfair prejudice and confusing the issues.

Dated: October 22, 2019       Respectfully submitted,

    By: /s/ *deborah ellis*
    DEBORAH ELLIS
    Attorney Lic. No. 14616X
    101 East Fifth Street, Suite 1500
    Saint Paul, MN 55101
    651-288-3554
    Email: *deborahellis2626@gmail.com*

2

                                                  <u>/s/ *Kevin J. Short*</u>
                                                  Kevin J. Short
                                                  Attorney Lic. No. 100572
                                                  150 South Fifth Street #2860
                                                  Minneapolis, MN 55402
                                                  612-333-9006
                                                  Email: *short.kevin@gmail.com*