**UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 19-CR-13 (WMW/DTS)**

UNITED STATES OF AMERICA,

      plaintiff,                                 **NOTICE OF NON-CONSENT TO
                                                            SENTENCING BY VIDEO
                                                            CONFERENCING**

      v.

BRETT PALKOWITSCH,

      defendant.
_____

      Brett Palkowitsch, through counsel, Deborah Ellis, hereby notifies the Court that he does not consent to sentencing by video conferencing.

Dated: April 27, 2020                                     Respectfully submitted,

                                                                             */s/ deborah ellis*
                                                                              DEBORAH ELLIS
                                                                              Attorney Lic. No. 14616X
                                                                              101 East Fifth Street, Suite 1500
                                                                              Saint Paul, MN 55101
                                                                             651-288-3554
                                                                             Email: *deborahellis2626@gmail.com*