# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## SENTENCING

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES – CRIMINAL** |
| Plaintiff, | BEFORE: Wilhelmina M. Wright |
| | U.S. District Judge |
| v. | |
| Brett Palkowitsch, | |
| Defendant. | |

Case No: 19-cr-0013 (WMW/DTS)
Date: May 21, 2021
Courthouse: Saint Paul
Courtroom: Devitt Courtroom
Court Reporter: Lori Simpson
Deputy: Mona Eckroad
Time in Court: 9:14 a.m. – 10:44 a.m.
Total time: 1 Hour 30 Minutes

**APPEARANCES:**

For Plaintiff: Christopher Perras, Special Litigation Counsel, Civil Rights Division Department of Justice

For Defendant: Deborah K. Ellis, Retained

**PROCEEDINGS:**

√ **Sentencing.**
√ **Victim Impact Statement given.**
√ Defendant is recommended to be incarcerated at FPC Duluth or in a facility in or near Minnesota
√ Defendant shall self-surrender to the USM at 10:00 a.m. on Monday, June 21, 2021. The conditions of release previously ordered remain in effect.

**IT IS ORDERED:**

Defendant is sentenced to:

| Count No. | Guilty Verdict | BOP | Supervised Release |
|---|---|---|---|
| 1 | X | 72 months | 3 years |

1

2

√ See J&C and SOR for special conditions.
√ Defendant sentenced to pay:
  √ Special assessment in the amount of $100.00 to be paid immediately.
√ Restitution claims are reserved. The interest requirement is waived.
√ Documents 132 and 134 shall be sealed for 5 years and to be unsealed on May 21, 2026.

s/Mona Eckroad
Courtroom Deputy