# UNITED STATES DISTRICT COURT
**District of Minnesota**

## NOTICE OF APPEAL

USCA 8 NO _____

United States of America

_____Plaintiff_____

vs

Brett Palkowitsch

_____Defendant_____

Number

District Court Docket: 19-CR-13

District Court Judge: Wilhelmina Wright

Notice is given that **Brett Palkowitsch** appeals to the United States Court of Appeals for the Eighth Circuit from the [X] Judgment & Commitment [ ] Order (Specify) entered in this action on **June 2, 2021**

_____ | Deborah Elis
Signature of Defendant's Counsel | Typed name of Defendant's Counsel

101 E. Fifth Street, Suite 1500 | ( 651 ) 288-3554
Street Address/Room Number | Telephone Number

St. Paul, Minnesota 55101 | June 3, 2021
City    State    Zip | Date

## TRANSCRIPT ORDER FORM
**TO BE COMPLETED BY ATTORNEY FOR APPELLANT**

[X] Please Prepare a transcript of:
- [ ] Pre-trial proceedings
- [ ] Testimony or
- [ ] Portions thereof
- [X] Sentencing
- [ ] Post Trial Proceedings
- [ ] Other (Specify)

[ ] I am not ordering a transcript because
- [ ] Previously filed
- [ ] Other (Specify)

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment X Funds,

*/s deborah ellis*                                              June 3, 2021

Attorney's Signature                                              Date

**NOTE: Complete All Items on Reverse Side**

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: **ADDRESS REDACTED**
   **ADDRESS REDACTED**

2. Date of Sentence: 5/21/2021   ☒ Jury   ☐ Non-Jury

   Offenses: Depravation of Rights Under Color of Law in violation of 18 United States Code Section 242

   Trial Testimony - Number of days        Bail Status:

3. Sentence and Date Imposed: 72 months, imposed May 21, 2021

4. Appealing:   Sentence ☒   Conviction ☐   Both ☐

   Challenging:
   ☒ Application of Sentencing Guidelines
   ☐ Constitutionality of Guidelines
   ☐ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court:

   Stenographer in Charge: Lori Simpson
   (Name, Address, Phone)
   316 N. Robert St.
   St. Paul, MN  55101
   651-282-1225

6. Trial Counsel Was:   ☐ Appointed (no fee required)   ☒ Retained (filing fee $505 unless IFP granted)

   Does Defendant's financial status warrant appointment of counsel on appeal? No

   Affidavit of Financial Status filed:

   Is there any reason why trial counsel should not be appointed as counsel on appeal?
   ☐ Yes   ☐ No

7. Assistant US Attorney Name and Phone Number: Christopher Perras, DOJ
   202-353-5939

## Court Reporter Acknowledgment

Date Order Received        Estimated Completion Date        Est. Number of Pages

Court Reporter Signature                                    Date

Noticeofappeal (11/05)