June 25, 2024

RECEIVED
BY MAIL

JUL 0 1 2024

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

Warren E. Burger Federal Building and U.S. Courthouse
Clerk of Court
316 North Robert Street- Suite 100
St. Paul, MN 55101

      RE:   *United States of America v. Brett Palkowitsch*
            Case No. 0:19-cr-0013 (WWW/DTS)

Dear Clerk of Court;

Please find enclosed the following documents for filing in the above-matter:

1. Motion for Reduction in Sentence Pursuant to 18 U.S.C. §3582 (c)(1)(A) and U.S.S.G. §1B1.13(b)(5);
2. Exhibits A, B, C, D, and E; and
3. Affidavit of Stephanie Palkowitsch

Please let me know if you need any additional information.

Respectfully yours,



Brett Palkowitsch
Defendant
21818-041
FCI Ashland
Federal Correctional Institution
P.O. Box 6001
Ashland, KY 41105

SCANNED
JUL 1 2024
U.S. DISTRICT COURT ST. PAUL