

THE PALKOWITSCH FAMILY
1948 ADOLPHUS STREET
MAPLEWOOD, MN 55117

U.S. POSTAGE PAID
FCM LG ENV
SAINT PAUL, MN 55117
JUN 25, 2024

$4.27

RECEIVED
BY MAIL
JUL 01 2024
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

X-RAYED BY USMS

Warren E. Burger Federal
Building and U.S. Courthouse
Clerk of Court
316 North Robert Street - Suite 100
St. Paul, MN 55101

SCANNED
JUL 1 2024
U.S. DISTRICT COURT ST. PAUL